
**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RANDALL D. BUCKLEY, an individual man, | No. 10-56180 |
| Plaintiff - Appellant, | D.C. No. 3:09-cv-00064-DMS-WMC |
| v. | |
| COUNTRYWIDE HOME LOANS INC, a New York corporation and COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation, | ORDER |
| Defendants - Appellees. | |

Appeal from The United States District Court
for the Southern District of California
Dana M. Sabraw, District Judge, Presiding

Argued and Submitted January 9, 2012
Pasadena, California

Before: REINHARDT and W. FLETCHER, Circuit Judges, and BREYER\* District
Judge.\*

---

    \*      The Honorable Charles R. Breyer, U.S. District Judge for the
Northern District of California, sitting by designation.

    \*\*      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

On the assumption that changes to the initial written disclosures were routinely made orally, we affirm without prejudice the district court's decision denying class certification. The District Court may, however, wish to conduct further proceedings regarding the actual practice of Countrywide, including whether logs were kept of calls relating to such changes, and may permit plaintiff to conduct further discovery toward that end.

**AFFIRMED.**